**Jane E. DRAKE, Respondent,**

v.

**James G. DRAKE, Petitioner.**

Supreme Court of Pennsylvania.

March 11, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of March, 1998, we GRANT this Petition for Allowance of Appeal limited to the issue of whether a workers' compensation settlement is marital property subject to equitable distribution, and the case will be submitted on briefs. We

DENY the Petition for Leave to File a Response to Respondent's Brief in Opposition.